UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

     v.

VLADIMIR KUZNETSOV,

          Defendant.
------------------------------------------------------------X

**ORDER**
21-CR-099 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby GRANTS the parties' joint request to adjourn Defendant's guilty plea hearing to Tuesday, April 27, 2021 at 1:00 P.M. Time is excluded in the interest of justice under the Speedy Trial Act, to and including April 27, 2021.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: April 5, 2021
      Brooklyn, New York